UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>SFC RESIDENTIAL PARTNERS, et al.,<br><br>            Defendants. | Case No. 20-cv-07595-SBA   (JSC)<br><br>**ORDER TO DEFENDANT BEHLE TO SHOW CAUSE** |

The Court facilitated telephone settlement discussions on May 27, 2022. During that call, the parties represented that they had made progress and were optimistic that they could settle on their own. The Court therefore scheduled a further telephone settlement conference for June 14, 2022 at 9:00 a.m. Richard Schramm, counsel for the Behle Defendants, represented that he was negotiating on behalf of all Defendants; therefore, the Court agreed that if the case did not settle only Mr. Schramm need appear. (Dkt. No. 49.)

The parties did not notify the Court that the case had settled so the June 14, 2022 telephone call remained on schedule. At the time of the call, Plaintiff's counsel appeared but Mr. Schramm did not. Further, Plaintiff's counsel represented that since our May 27, 2022 call, Mr. Schramm had not taken any steps to resolve the case and had not responded to Plaintiff's communications. Accordingly, on or before **June 17, 2022,** Mr. Schramm, counsel for the Behle Defendants, shall file a declaration detailing the steps he has taken since May 27, 2022 to resolve the case as he represented to the Court he would do. Counsel shall also explain why he did not appear on June 14, 2022. If the case does not resolve, the Court will hold a further telephone settlement proceeding on June 27, 2022 at 9:30 a.m. Counsel for ALL parties must attend this telephone settlement call. The Court will vacate the call if the parties jointly advise the Court that the case

has settled.

**IT IS SO ORDERED.**

Dated: June 14, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge