UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SF RESIDENTIAL PARTNERS, et al.,<br><br>　　　　Defendants. | Case No: 20-cv-07595 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

　　　Having received notice of the settlement of this action, see Dkt. 53, and it appearing that no issue remains for the Court's determination,

　　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.  In the event that the settlement is not realized, any party may move to reopen the case, provided such motion is filed within sixty (60) days of the date this Order is filed.

　　　IT IS SO ORDERED.

Dated: 6/27/2022

　　　　　　　　　　　　　　　　　　　_____ RS
　　　　　　　　　　　　　　　　　　　Richard Seeborg for Saundra B. Armstrong
　　　　　　　　　　　　　　　　　　　United States District Judge